■ LEONE BOSURGI et al., Respondents, v. CHEMICAL BANK NEW YORK TRUST COMPANY, Appellant.— Order, entered March 4, 1968, granting plaintiffs' motion for a protective order, vacating defendant's notice to take the deposition of plaintiff Emilio Bosurgi, unanimously reversed, on the law, the facts and in the exercise of discretion, and the motion denied, with $30 costs and disbursements. In view of the statement of plaintiffs' attorney that Emilio Bosurgi, a native of Italy, will not attend the trial, the examination at defendant's option may be had in Messina, Italy, by written interrogatories or upon open commission. If defendant elects the latter, the parties shall pay their respective expenses, which may be taxed as costs by the party prevailing. (Farrell Lines v. City of New York, 29 A D 2d 850; Pakter v. Lilly & Co., 19 A D 2d 810; Piel v. Lilly & Co., 19 A D 2d 810.) It appears that Emilio Bosurgi signed at least one document ratifying the alleged unauthorized transaction and plaintiff Leone Bosurgi admits he had a conversation with his brother before his brother signed the letter. In the circumstances the testimony of plaintiff Emilio Bosurgi is relevant. Order entered on November 27, 1967, unanimously affirmed, with $50 costs and disbursements to respondent. No opinion. Concur — Stevens, J. P., Tilzer, McGivern, McNally and Macken, JJ.

■ ALBERT B. ASHFORTH, INC., et al., Appellants, v. EQUITY CORPORATION et al., Respondents.— Order, entered June 28, 1968, granting motion of defendant The Equity Corporation for a protective order, unanimously reversed, on the law and facts, and the motion denied, with $30 costs and disbursements to appellant. The examination is to proceed pursuant to plaintiffs' notice thereof. The person sought to be deposed is and was the president and chairman of the board of the Equity Corporation. He was present when the offer of the purchaser procured by plaintiffs was acted on. The officer produced by the defendant was on vacation during the period the proposal was under consideration by the said board of directors. Concur — Stevens, J. P., Tilzer, McGivern, McNally and Macken, JJ.

■

(October 15, 1968)

(Republished)

■ IDEAL LEASING CORPORATION Respondent v. PETER F. MALLON, INC., Defendant-Appellant and Third-Party Plaintiff-Appellant. NATIONAL CASH REGISTER COMPANY, Third-Party Defendant-Respondent.— Orders entered on April 8, 1968 and April 1, 1968, unanimously affirmed, with $50 costs and disbursements to the respondents. The order of this court entered on October 10, 1968 [30 A D 2d 1054], is vacated. No opinion. Concur — Stevens, J. P., Tilzer, McGivern, McNally and Macken, JJ.